IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO. 10-CV-00004-RPM -CBS

KYRA McCONNELL

    Plaintiff

vs.

GLOBAL CREDIT AND COLLECTION CORPORATION

    Defendant

---

**NOTICE OF SETTLEMENT**

---

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled.  The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and file a Joint Stipulation to Dismiss this matter. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendants comply with the terms of this settlement in a timely manner.


| WEISBERG & MEYERS, LLC | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Tammy Hussin | /s/ Ronald S. Canter |
| Tammy Hussin, Esquire | Ronald S. Canter, Esquire |
| 6408 Merlin Place | 11300 Rockville Pike, Suite 1200 |
| Carlsbad, CA  92011 | Rockville, MD 20852 |
| Attorney for Plaintiff | Telephone:  301-770-7490 |
|  | Facsimile:  301-770-7493 |
|  | E-Mail:  rcanter@roncanterllc.com |
|  | Attorney for Defendant |