IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO. 10-CV-00004-RPM -CBS

KYRA McCONNELL

    Plaintiff

vs.

GLOBAL CREDIT AND COLLECTION CORPORATION

    Defendant

---

**STIPULATION OF DISMISSAL**

---

The parties herein, by and through counsel, and pursuant to Rule 41(a), Federal Rules of Civil Procedure, stipulate that the above-entitled matter be entered as dismissed, with prejudice. Each party will pay their own costs, expenses and attorney fees.


| WEISBERG & MEYERS, LLC | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Tammy Hussin | /s/ Ronald S. Canter |
| Tammy Hussin, Esquire | Ronald S. Canter, Esquire |
| 6408 Merlin Place | 11300 Rockville Pike, Suite 1200 |
| Carlsbad, CA  92011 | Rockville, MD 20852 |
| Attorney for Plaintiff | Telephone:  301-770-7490 |
|  | Facsimile:  301-770-7493 |
|  | E-Mail:  rcanter@roncanterllc.com |
|  | Attorney for Defendant |

1